UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BENJAMIN CHARLES LOPRESTI, | : | CHAPTER 7 |
| Debtor. | : | CASE NO. 03-48839 (GMB) |
| JOSEPH D. MARCHAND, Chapter 7 Trustee, | : |  |
| Plaintiff, | : | ADVERSARY NO. 04-2351 (GMB) |
| v. | : |  |
| MARIA KING, | : |  |
| Defendant. | : |  |

CERTIFICATE OF SERVICE

I, Nicole A. Ramos, hereby certify that on this 20th day of September, 2006, I have caused a true and correct copy of the foregoing Memorandum Opinion and Order in the above-referenced bankruptcy matter to be served on the following by placing same in the United States Mail, addressed as follows:

Joseph D. Marchand, Esquire  
117-119 W. Broad Street  
PO Box 298  
Bridgeton, NJ 08302  
Chapter 7 Trustee

William Mackin, Esquire  
105 N. Broad Street  
P.O. Box 304  
Woodbury, NJ 08096  
Attorney for Defendant Maria King

/s/ Nicole A. Ramos  
Judicial Assistant to the  
Honorable Gloria M. Burns, U.S.B.J.